IN THE
TEXAS COURT OF CRIMINAL APPEALS
CAUSE NO. PD-0726-15

| | | |
|---|---|---|
| MARK A. ESTRADA, | § | |
| PETITIONER | § | APPEAL CAUSE NO. 13-13-00283-CR |
| VS | § | |
| | § | |
| THE STATE OF TEXAS | § | TRIAL CAUSE NO. CR.712-08-C |
| | § | |

## MOTION TO SUSPEND THE RULE

Comes now Mark A. Estrada, Petitioner in the above cause to present this Motion to Suspend Rule two (2). This request is to suspend the appellant rule requiring (11) eleven copies to be made and is based upon the following facts to wit.

The Petitioner is a prisoner within the Texas Department of Criminal Justice, and does not have access to a copier. As a Texas prisoner, who is not paid for labor, can notafford the means to create the number of copies required and thus has to make due.

This motion is not meant to cause further delay, confusion of the issues nor to harass the courts, but a means to equtable access to the courts and due process of law.

## PRAYER

Petitioner prays that this motion be granted and that his Petition for Discretionary Review be accepted as attached with this motion.

_MARK A. ESTRADA_

## CERTIFICATE OF SERVICE

I, Mark A. Estrada do certify under penalty of perjury that a copy of this motion was mailed to the following parties first class postage pre-paid: ABEL ACOSTA-CLERK OF THE TEXAS COURT OF CRIMINAL APPEALS, P.O.BOX.12308, CAPITAL STATION, AUSTIN,TX.78711, and the STATE PROSECUTING ATTORNEY, P.O.BOX.12405, AUSTIN,TX.78711.-3046
13046

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

MARK A. ESTRADA
TDCJ# 1568684
McCONNEL UNIT
3001 SOUTH EMILY DR.
BEEVILLE,TX.78102

_August 19, 2015_